C. A. 5th Cir. Reported below: 74 Fed. Appx. 317;
C. A. 5th Cir. Reported below: 71 Fed. Appx. 348;
Sup. Ct. Va. Reported below: 267 Va. 53, 591 S. E. 2d 47;
Ct. Crim. App. Tex.;
Ct. Crim. App. Ala. Reported below: 889 So. 2d 1; and
Sup. Ct. Miss. Reported below: 875 So. 2d 140. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of Roper v. Simmons, 543 U. S. 551 (2005).